B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 13–08069
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Frances Atris McCormick
   fka Frances Hawkins, fka Frances
   Douglas
   17820 Anthony Avenue
   Country Club Hills, IL 60478

Social Security / Individual Taxpayer ID No.:
   xxx–xx–0605

Employer Tax ID / Other nos.:


## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


FOR THE COURT


Dated: <u>June 24, 2013</u>         <u>Kenneth S. Gardner, Clerk</u>
                                                United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-08069-ERW
Frances Atris McCormick                                             Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: acox              Page 1 of 2              Date Rcvd: Jun 24, 2013
                              Form ID: b18            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2013.
```
db         +Frances Atris McCormick,    17820 Anthony Avenue,    Country Club Hills, IL 60478-4725
20112053   +ATG Credit,    1700 W Cortland Street, Suite 2,    Chicago, IL 60622-1166
20112054   +ATG Credit LLC,    PO Box 14895,    Chicago, IL 60614-8542
20112055   +BMO Harris Bank N.A.,    111 W. Monroe Street,    Chicago, IL 60603-4095
20112056   +BMO Harris Bank N.A.,    200 W. Monroe St, Fl 19,    Chicago, IL 60606-5133
20112058   +Chase / Chase Home Finance,    Glenn J. Mouridy, President,    194 Wood Avebue South, 2nd FL,
             Iselin, NY 08830-2710
20112059   +Commercial Credit Corporation,    1919 S. Highland Avenue #D124,    Lombard, IL 60148-6135
20112060   +Cook County Department of Revenue,    118 N. Clark Street,    #1160,   Chicago, IL 60602-1315
20112061    Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
20112062   +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
20112065   +GMAC Mortgage,    3451 Hammond Avenue,    Waterloo, IA 50702-5300
20112063   +Gateway Funding Diversified Mortgage,    300 Welsh Road, Building 5,    Horsham, PA 19044-2250
20112064   +Gmac Mortgage,    Bankruptcy Department,    1100 Virginia Drive,    Fort Washington, PA 19034-3204
20112066   +JPMprgan Chase,    270 Park Avenue,    New York, NY 10017-2014
20112067   +Marquette County,    77 West Park Street,    Montello, WI 53949-9366
20112068   +Santander,    8585 N. Stemmons Freeway,    Suite 900,    Dallas, TX 75247-3822
20112069   +Santander,    PO Box 961245,    Fort Worth, TX 76161-0244
20112070   +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
20112071   +Valley Images,    1925 Kyle Park Court,    San Jose, CA 95125-1029
20112072   +Valley Imaging Consultants LLC,    6910 S. Madison Street,    Willowbrook, IL 60527-5504
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr         +EDI: BIBODENSTEIN.COM Jun 25 2013 01:08:00      Ira Bodenstein,    Shaw Fishman Glantz & Towbin LLC,
             Towbin LLC,    321 N Clark Street Suite 800,    Chicago, IL 60654-4766
20112052   +EDI: BECKLEE.COM Jun 25 2013 01:08:00      American Express *,   c/o Becket & Lee,    P.O. Box 3001,
             Malvern, PA 19355-0701
20112057   +EDI: CHASE.COM Jun 25 2013 01:08:00      Chase *,   ATTN: Bankruptcy Department,    P.O. Box 15298,
             Wilmington, DE 19850-5298
20112069   +EDI: DRIV.COM Jun 25 2013 01:08:00      Santander,    PO Box 961245,    Fort Worth, TX 76161-0244
20112068   +EDI: DRIV.COM Jun 25 2013 01:08:00      Santander,    8585 N. Stemmons Freeway,    Suite 900,
             Dallas, TX 75247-3822
                                                                                              TOTAL: 5
```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2013**                    **Signature:**  _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: acox              Page 2 of 2              Date Rcvd: Jun 24, 2013
                              Form ID: b18            Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2013 at the address(es) listed below:
         David H Cutler    on behalf of Creditor   Commercial Credit Corporation cutlerfilings@gmail.com
         Ira  Bodenstein    on behalf of Trustee Ira  Bodenstein ibodenstein@shawfishman.com,
         cowens@shawfishman.com
         Ira  Bodenstein    iratrustee@shawfishman.com,   IL29@ecfcbis.com;cowens@shawfishman.com
         Jill A Luetkenhaus    on behalf of Creditor   GMAC Mortgage, LLC
         jluetkenhaus@fisherandshapirolaw.com,   bk_il_notice@fisherandshapirolaw.com
         Mohammed O Badwan    on behalf of Debtor Frances Atris McCormick mbadwan@sulaimanlaw.com,
         mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
         m;SulaimanLaw@BestClientInc.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                                      TOTAL: 6