| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | EUGENE R. WEDOFF |
| Shaw Fishman | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | | |
| Chicago, IL 60654 | Hearing Date: | 01/07/2014 |
| (312) 662-2861 | Hearing Time: | 10:00 a.m. |
| Chapter 7 Trustee | | |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:   MCCORMICK, FRANCES ATRIS   §   Case No. 13-08069
§
§
Debtor(s)   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on January 7, 2014 in Courtroom 744, United States Courthouse, 219 South Dearborn Street Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 12/02/2013          By:     Ira Bodenstein
                                         Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 662-2861

UST Form 101-7-NFR (10/1/2010)

Ira Bodenstein  
Shaw Fishman  
321 N. Clark St., Ste. 800  
Chicago, IL 60654  
(312) 662-2861  
  Chapter 7 Trustee

The Honorable: EUGENE R. WEDOFF  
Chapter 7  
Location: _____  
Hearing Date: _____ / /  
Hearing Time: _____  
Response Date: _____ / /

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: MCCORMICK, FRANCES ATRIS    §   Case No. 13-08069  
                §  
                §  
  Debtor(s)             §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*    $   9,591.13

*and approved disbursements of*    $   23.70

*leaving a balance on hand of* [1]    $   9,567.43

      **Balance on hand:**    $   9,567.43

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

      Total to be paid to secured creditors:   $   0.00  
      Remaining balance:   $   9,567.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,709.11 | 0.00 | 1,709.11 |

    Total to be paid for chapter 7 administration expenses:   $   1,709.11  
    Remaining balance:   $   7,858.32

---

 [1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,858.32

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 7,858.32

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,351.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 58.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Centurion Bank | 5,769.35 | 0.00 | 3,395.79 |
| 2 | eCAST Settlement Corporation, assignee | 7,581.72 | 0.00 | 4,462.53 |

Total to be paid for timely general unsecured claims: $ 7,858.32
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 662-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 13-08069-ERW
Frances Atris McCormick  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1  User: nmolina  Page 1 of 1  Date Rcvd: Dec 03, 2013
    Form ID: pdf006  Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2013.
```
db         +Frances Atris McCormick,    17820 Anthony Avenue,    Country Club Hills, IL 60478-4725
20112053   +ATG Credit,    1700 W Cortland Street, Suite 2,    Chicago, IL 60622-1166
20112054   +ATG Credit LLC,    PO Box 14895,    Chicago, IL 60614-8542
20112052   +American Express,    c/o Becket & Lee,    P.O. Box 3001,    Malvern, PA 19355-0701
20781053    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20112055   +BMO Harris Bank N.A.,    111 W. Monroe Street,    Chicago, IL 60603-4095
20112056   +BMO Harris Bank N.A.,    200 W. Monroe St, Fl 19,    Chicago, IL 60606-5133
20112057   +Chase,    ATTN: Bankruptcy Department,    P.O. Box 15298,    Wilmington, DE 19850-5298
20112058   +Chase / Chase Home Finance,    Glenn J. Mouridy, President,    194 Wood Avebue South, 2nd FL,
             Iselin, NY 08830-2710
20112059   +Commercial Credit Corporation,    1919 S. Highland Avenue #D124,    Lombard, IL 60148-6135
20112060   +Cook County Department of Revenue,    118 N. Clark Street,    #1160,    Chicago, IL 60602-1315
20112061    Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
20112062   +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
20112065   +GMAC Mortgage,    3451 Hammond Avenue,    Waterloo, IA 50702-5300
20112063   +Gateway Funding Diversified Mortgage,    300 Welsh Road, Building 5,    Horsham, PA 19044-2250
20112064   +Gmac Mortgage,    Bankruptcy Department,    1100 Virginia Drive,    Fort Washington, PA 19034-3204
20112066   +JPMprgan Chase,    270 Park Avenue,    New York, NY 10017-2014
20112067   +Marquette County,    77 West Park Street,    Montello, WI 53949-9366
20112068   +Santander,    8585 N. Stemmons Freeway,    Suite 900,    Dallas, TX 75247-3822
20112069   +Santander,    PO Box 961245,    Fort Worth, TX 76161-0244
20112070   +Trans Union LLC,    1561 E. Orangethorpe Avenue,    Fullerton, CA 92831-5210
20112071   +Valley Images,    1925 Kyle Park Court,    San Jose, CA 95125-1029
20112072   +Valley Imaging Consultants LLC,    6910 S. Madison Street,    Willowbrook, IL 60527-5504
20969929    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
             New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2013    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2013 at the address(es) listed below:
```
          David H Cutler    on behalf of Creditor    Commercial Credit Corporation cutlerfilings@gmail.com
          Ira Bodenstein    on behalf of Trustee Ira  Bodenstein ibodenstein@shawfishman.com,
           cowens@shawfishman.com
          Ira Bodenstein     iratrustee@shawfishman.com,    IL29@ecfcbis.com;cowens@shawfishman.com
          Jill A Luetkenhaus    on behalf of Creditor    GMAC Mortgage, LLC
           jluetkenhaus@fisherandshapirolaw.com,    bk_il_notice@fisherandshapirolaw.com
          Mohammed O Badwan    on behalf of Debtor Frances Atris McCormick mbadwan@sulaimanlaw.com,
           mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
           m;SulaimanLaw@BestClientInc.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```