## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: MCCORMICK, FRANCES ATRIS                    §   Case No. 13-08069
                                                   §
                                                   §
Debtor(s)                                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,264,968.15                    Assets Exempt: $222,965.15
*(without deducting any secured claims)*

Total Distribution to Claimants:$7,858.32          Claims Discharged
                                                   Without Payment: $5,524.75

Total Expenses of Administration:$1,732.81

3)  Total gross receipts of $      9,591.13    (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of  $9,591.13
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $897,325.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,732.81 | 1,732.81 | 1,732.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 13,407.00 | 13,351.07 | 13,351.07 | 7,858.32 |
| **TOTAL DISBURSEMENTS** | $910,732.00 | $15,083.88 | $15,083.88 | $9,591.13 |

4)  This case was originally filed under Chapter 7 on February 28, 2013. The case was pending for 12 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/04/2014 _____   By: /s/Ira Bodenstein _____
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 5 Acre Vacant Lot, Neshkoro, Wisconsin, Parcel # | 1110-000 | 4,798.13 |
| Personal Items: Paintings, Books, DVDs, Coins, e | 1129-000 | 793.00 |
| 2007 Honda Civic Hybrid with 65,000 Miles (Fair | 1129-000 | 4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,591.13** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Marquette County | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Santander | 4110-000 | 1,424.00 | N/A | N/A | 0.00 |
| NOTFILED | Gmac Mortgage Bankruptcy Department | 4110-000 | 246,470.00 | N/A | N/A | 0.00 |
| NOTFILED | JPMprgan Chase | 4110-000 | 53,073.00 | N/A | N/A | 0.00 |
| NOTFILED | Gateway Funding Diversified Mortgage | 4110-000 | 250,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BMO Harris Bank N.A. | 4110-000 | 40,358.00 | N/A | N/A | 0.00 |
| NOTFILED | Cook County Department of Revenue | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Commercial Credit Corporation | 4110-000 | 306,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$897,325.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 ─CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 1,709.11 | 1,709.11 | 1,709.11 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 13.70 | 13.70 | 13.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,732.81 | $1,732.81 | $1,732.81 |

**EXHIBIT 5 ─PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 ─PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 ─GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Centurion Bank | 7100-000 | 5,916.00 | 5,769.35 | 5,769.35 | 3,395.79 |
| 2 | eCAST Settlement Corporation, assignee | 7100-000 | 7,459.00 | 7,581.72 | 7,581.72 | 4,462.53 |
| NOTFILED | Trans Union LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ATG Credit | 7100-000 | 32.00 | N/A | N/A | 0.00 |
| NOTFILED | Experian Information Solutions, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Equifax Information Services, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $13,407.00 | $13,351.07 | $13,351.07 | $7,858.32 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-08069

**Case Name:** MCCORMICK, FRANCES ATRIS

**Period Ending:** 03/04/14

**Trustee:** (330129)   Ira Bodenstein

**Filed (f) or Converted (c):** 02/28/13 (f)

**§341(a) Meeting Date:** 04/22/13

**Claims Bar Date:** 09/12/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5 Acre Vacant Lot, Neshkoro, Wisconsin, Parcel # | 10,000.00 | 10,000.00 | | 4,798.13 | FA |
| 2 | 8126 South Stony Island, Chicago, Illinois 60607 | 300,000.00 | 300,000.00 | | 0.00 | FA |
| 3 | 5355 S. Honore Street, Chicago, Illinois 60609, | 70,000.00 | 70,000.00 | | 0.00 | FA |
| 4 | 6446 S. Marshfield Avenue, Chicago, Illinois 606 | 60,000.00 | 60,000.00 | | 0.00 | FA |
| 5 | Lincoln Cemetary (S Kedzie Ave., Chicago, IL):, | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 6 | 178720 Anthony Avenue, Country Club Hills, Illin | 95,628.00 | 0.00 | | 0.00 | FA |
| 7 | 5 Acre Vacant Lot Neshkoro, Wisconsin Parcel # 0 | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 8 | 8126 South Stony Island Chicago, Illinois 60607 | 300,000.00 | 0.00 | | 0.00 | FA |
| 9 | 5355 S. Honore Street Chicago, Illinois 60609 Mu | 70,000.00 | 0.00 | | 0.00 | FA |
| 10 | 6446 S. Marshfield Avenue Chicago, Illinois 6063 | 60,000.00 | 0.00 | | 0.00 | FA |
| 11 | Lincoln Cemetary (S Kedzie Ave., Chicago, IL): B | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 12 | 8132 South Escanaba Chicago, Illinois Apartment | 82,000.00 | 82,000.00 | | 0.00 | FA |
| 13 | BMO Harris Bank Checking Account | 1,375.00 | 0.00 | | 0.00 | FA |
| 14 | BMO Harris Bank Savings Account | 1,900.00 | 0.00 | | 0.00 | FA |
| 15 | Chase Bank Savings Account | 225.00 | 0.00 | | 0.00 | FA |
| 16 | Chase Bank Checking Account | 500.00 | 0.00 | | 0.00 | FA |
| 17 | Furniture and Appliances | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 18 | Personal Items: Paintings, Books, DVDs, Coins, e | 2,000.00 | 2,000.00 | | 793.00 | FA |
| 19 | Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 20 | Jewelry | 700.00 | 700.00 | | 0.00 | FA |
| 21 | Sewing Machine | 100.00 | 100.00 | | 0.00 | FA |
| 22 | Fidelity Qualified Retirement Annuity (Funds Der | 173,088.00 | 0.00 | | 0.00 | FA |
| 23 | Chicago Mercantile Exchange Pension Plan | Unknown | 0.00 | | 0.00 | FA |
| 24 | IRA | 28,027.00 | 0.00 | | 0.00 | FA |
| 25 | E-Trade Financial IRA | 250.15 | 0.00 | | 0.00 | FA |
| 26 | Donna McMillan | 400.00 | 400.00 | | 0.00 | FA |
| 27 | Illinois Driver's License | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

### Individual Estate Property Record and Report
### Asset Cases

Page: 2

**Case Number:** 13-08069  
**Case Name:**  MCCORMICK, FRANCES ATRIS

**Period Ending:** 03/04/14

**Trustee:**  (330129)   Ira Bodenstein  
**Filed (f) or Converted (c):** 02/28/13 (f)  
**§341(a) Meeting Date:** 04/22/13  
**Claims Bar Date:** 09/12/13

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28 | 2007 Honda Civic Hybrid with 65,000 Miles (Fair | 9,680.00 | 7,280.00 | | 4,000.00 | FA |
| 29 | 2007 Chevrolet Monte Carlo SS with 150,000 Miles | 2,875.00 | 1,451.00 | | 0.00 | FA |
| 30 | Desktop, Printer, Netbook | 500.00 | 500.00 | | 0.00 | FA |
| 31 | Dog | 50.00 | 50.00 | | 0.00 | FA |
| 32 | Riding Lawn Mower | 150.00 | 150.00 | | 0.00 | FA |
| 32 | **Assets**    **Totals** (Excluding unknown values) | **$1,286,648.15** | **$551,631.00** | | **$9,591.13** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     December 31, 2013          **Current Projected Date Of Final Report (TFR):**     December 2, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-08069 | **Trustee:** Ira Bodenstein (330129) |
| **Case Name:** MCCORMICK, FRANCES ATRIS | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******7866 - Checking Account |
| **Taxpayer ID #:** **-***9257 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 03/04/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/23/13 | {1} | Waushara Abstract Corp | Sale of vacant land in Neshkoro WI. | 1110-000 | 4,798.13 | | 4,798.13 |
| 07/24/13 | {28} | Francis Atris McCormick | Sale of equity in Honda Civic back to debtor per court order entered 7/2/2103 | 1129-000 | 4,000.00 | | 8,798.13 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,788.13 |
| 08/01/13 | {18} | Harlan J. Berk, Ltd | Sale of coins from safety deposit box | 1129-000 | 793.00 | | 9,581.13 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.70 | 9,567.43 |
| 01/09/14 | 101 | Ira Bodenstein | Trustee compensation TFR approved 1/7/2014 | 2100-000 | | 1,709.11 | 7,858.32 |
| 01/09/14 | 102 | American Express Centurion Bank | Ref # XXXXXXXXXXXXX5823 final distribution | 7100-000 | | 3,395.79 | 4,462.53 |
| 01/09/14 | 103 | eCAST Settlement Corporation, assignee | Ref # XXXXXXXX6692 final distribution | 7100-000 | | 4,462.53 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 9,591.13 | 9,591.13 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 9,591.13 | 9,591.13 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$9,591.13** | **$9,591.13** | |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******7866** | **9,591.13** | **9,591.13** | **0.00** |
| | **$9,591.13** | **$9,591.13** | **$0.00** |

{} Asset reference(s)